No. 78–248. Sessoms v. Redevelopment Authority of Beaver County, Beaver, Pennsylvania, et al. Appeal from D. C. W. D. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–102 (78–427). Gaetano et al. v. Silbert, U. S. Attorney. C. A. D. C. Cir. Application for injunction presented to Mr. Justice White, and by him referred to the Court, denied.

No. A–215. Unborn Child Roe, by Ernest v. Sirica, U. S. District Judge. D. C. D. C. Application for injunction, presented to Mr. Justice White, and by him referred to the Court, denied.

No. 77–654. Great Atlantic & Pacific Tea Co., Inc. v. Federal Trade Commission. C. A. 2d Cir. [Certiorari granted, 435 U. S. 922.] Motion of Samuel E. Parker et al. for leave to file brief as amici curiae denied. Motion of Small Business Legislative Council for leave to file brief as amicus curiae granted. Mr. Justice Stevens took no part in the consideration or decision of these motions.

No. 77–742. Miller, Director, Department of Children and Family Services of Illinois, et al. v. Youakim et al. C. A. 7th Cir. [Probable jurisdiction noted, 434 U. S. 1060.] Motion of American Orthopsychiatric Assn. et al. for leave to file a brief as amici curiae granted. Mr. Justice Stevens took no part in the consideration or decision of this motion.

No. 77–920. Thor Power Tool Co. v. Commissioner of Internal Revenue. C. A. 7th Cir. [Certiorari granted, 435 U. S. 914.] Motion of petitioner for additional time for oral argument denied.